David L. WOODSON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 00–3406.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

PER CURIAM.

David L. Woodson seeks review of the
August 11, 2000, decision by the Merit
Systems Protection Board, Docket No.
D3831M000063–I–1, affirming the Office of
Personnel Management's denial of his re-
quest to waive recovery of annuity over-
payments made to him under the Federal
Employees Retirement System because
the request was untimely filed. We *af-
firm.*

Patricia A. BONTON, Plaintiff–
Appellant,

v.

LOUISIANA DEPARTMENT OF LA-
BOR UNEMPLOYMENT COMPEN-
SATION OFFICE, Defendant–Appel-
lee.

No. 00–1535.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ORDER

Upon consideration of Patricia A. Bon-
ton's response to this court's January 2,
2001 order,

IT IS ORDERED THAT:

This appeal is transferred to the United
States Court of Appeals for the Fifth Cir-
cuit pursuant to 28 U.S.C. § 1631.

Anthony J. DIORIO, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 00–7045.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves
without opposition for a remand to the

United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

**Robert BLAND, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7076.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition for a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

**Robert L. SMITH, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7109.**

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition for a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

